Lawrence M. **DUCHENE**, Respondent,

v.

**AQUA CITY IRRIGATION** and Western National Insurance Company, Relators,

and

Medica Choice/Health Care Recoveries, Inc., Fairview Southdale Hospital and Institute for Athletic Medicine, and Aspen Medical Group, Intervenors.

No. C1–98–429.

Supreme Court of Minnesota.

May 21, 1998.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 19, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ Sandra Gardebring
Sandra Gardebring
Associate Justice